1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Madeleine Coles
   Nevada Bar No. 16216
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  colesm@ballardspahr.com

7  *Attorneys for Defendant
   Citibank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JENNAFER AYCOCK, | CASE NO.  2:23-cv-00293-JCM-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| v. | |
| CITIBANK N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC | **(First Request)** |
| Defendants. | |

The current deadline for Defendant Citibank, N.A. to respond to Plaintiff Jennafer Aycock's complaint is March 22, 2023.  Defendant has requested, and Plaintiff has agreed, that Citibank shall have up to and including April 21, 2023, to respond to Plaintiff's complaint, to provide time for Citibank to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of claims asserted against Citibank.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

///

DMFIRM #406998010 v1

Dated: March 109, 2023

| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| By: /s/ Madeleine Coles<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Gustavo Ponce<br>Gustavo Ponce, Esq.<br>Nevada Bar No. 15084<br>Mona Amini, Esq.<br>Nevada Bar No. 15381<br>6069 S. Fort Apache Rd., Suite 100<br>Las Vegas, Nevada 89148 |
| *Attorneys for Defendant Citibank, N.A.* | *Attorneys for Plaintiff Jennafer Aycock* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 13, 2023