Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Ave., Suite 250
Las Vegas, Nevada 89103
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
*Jennafer Aycock*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **JENNAFER AYCOCK,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC,**<br><br>**Defendants.** | Case No.: 2:23-cv-00293-APG-VCF<br><br>**REQUEST TO EXTEND TIME FOR DEFENDANT TRANS UNION, LLC TO ANSWER THE INITIAL COMPLAINT**<br><br>(Second Request) |

///

///

///

REQUEST TO EXTEND TIME FOR DEFENDANT TRANS UNION, LLC TO ANSWER INITIAL COMPLAINT

Plaintiff Jennafer Aycock ("Plaintiff") hereby files this second unopposed Request for Extension of Time for Defendant Trans Union, LLC ("TransUnion") to Answer the initial complaint, and in support states as follows:

1. On February 24, 2023, Plaintiff filed the present lawsuit (Dkt. No. 1).
2. TransUnion was served with the Complaint on March 9, 2023.
3. TransUnion's responsive pleading is due on April 30, 2023.
4. Plaintiff and TransUnion are actively engaged in case-resolution negotiations.
5. Plaintiff does not oppose an extension of TransUnion's time to Answer the Complaint so that the parties may devote their energies to resolving this matter. This request is filed consistent with an agreement from Trans Union requesting the Court for an extension of time to file its responsive pleading for 30 days, to May 30, 2023.
6. This request for an extension of time is not for delay.
7. This is TransUnion's first extension of time and the requested extension does not prejudice the parties.
8. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date on which TransUnion must answer or otherwise respond to Plaintiff's Complaint to May 30, 2023.

Dated: April 28, 2023

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: _/s/ Gustavo Ponce_
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6787 W. TROPICANA AVE., STE 250
LAS VEGAS, NV 89103
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 28, 2023, the foregoing Notice was filed and served via CM/ECF to all parties appearing in this case.

KAZEROUNI LAW GROUP, APC

By: */s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6787 W. TROPICANA AVE., STE 250
LAS VEGAS, NV 89103
*Attorneys for Plaintiff*