Gustavo Ponce, Esq.
Nevada Bar No.15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Ave. Ste. 250
Las Vegas, NV 89103
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
          mona@kazlg.com

*Attorneys for Plaintiff*
Jennafer Aycock

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JENNAFER AYCOCK, | Case No.: 2:23-cv-00293-APG-VCF |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC, | |
| Defendants. | |

///
///
///

TO THE DISTRICT COURT, ALL PARTIES AND THEIR

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Jennafer Aycock ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (or jointly as the "Parties") have reached an agreement in principle to settle any and all claims Plaintiff has asserted in this action solely against Experian. This settlement does not extend to any of Plaintiff's claims asserted against the other Defendants in this action. Therefore, the Parties respectfully request that all deadlines pertaining to Experian be vacated and that the Parties be given ninety (90) days to submit the required documentation before dismissing all of Plaintiff's claims in this action against Experian.

Respectfully submitted,

DATED: August 18, 2023

*/s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
*Attorneys for Plaintiff*

IT IS HEREBY ORDERED that plaintiff Jennafer Aycock and defendant Experian Information Solutions, Inc. must file their proposed stipulation and order for dismissal on or before November 20, 2023.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED 8-22-2023

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 18, 2023, the foregoing Notice was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6787 W. TROPICANA AVE., STE 250
LAS VEGAS, NV 89103
*Attorneys for Plaintiff*