# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JENNAFER AYCOCK,

        Plaintiff(s),

v.

CITIBANK N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,

        Defendant(s).

2:23-cv-00293-APG-VCF

**ORDER**

Before the court is the notice of settlement between plaintiff and defendant Citibank, N.A. (ECF NO. 31).

Accordingly,

IT IS HEREBY ORDERED that that motion to compel arbitration (ECF No. 27), is DENIED without prejudice.

IT IS FURTHER ORDERED that the stipulation and order to extend discovery deadlines (ECF NO. 30), is DENIED as moot.

DATED this 25th day of September 2023.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1