Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Ave. Ste. 250
Las Vegas, NV 89103
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
JENNAFER AYCOCK

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **JENNAFER AYCOCK,** | Case No.: 2:23-cv-00293-APG-VCF |
| **Plaintiff,** | |
| v. | **STIPULATION OF DISMISSAL OF DEFENDANT TRANS UNION, LLC** |
| **CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,** | |
| **Defendants.** | |

///

///

///

- 1 -
STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff JENNAFER AYCOCK ("Plaintiff") and Defendant TRANS UNION, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 23rd day of October 2023.

**KAZEROUNI LAW GROUP, APC**

By: ___/s/ Gustavo Ponce___
Gustavo Ponce, Esq.
Mona Amini, Esq.
6787 W. Tropicana Ave. Ste. 250
Las Vegas, NV 89103
*Attorneys for Plaintiff*

**SKANE MILLS LLP**

By: ___/s/ Sarai Leora Thornton___
Sarai Leora Brown, Esq.
1120 N. Town Center Dr., Ste 200
Las Vegas, NV 89144
*Attorney for Defendant Trans Union LLC*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: October 24, 2023