UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNAFER AYCOCK, | Case No.: 2:23-cv-00293-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| CITIBANK, N.A., et al., | |
| Defendants | |

On September 22, 2023, plaintiff Jennafer Aycock and defendant Citibank, N.A. advised the court they had settled their dispute in this case. ECF No. 31.  The parties requested 90 days to submit a stipulation to dismiss this case. *Id.*  More than 90 days have passed without the parties filing a stipulation of dismissal.

I THEREFORE ORDER the parties to file a stipulation of dismissal or status report regarding settlement by February 16, 2024.  The failure to do so may result in sanctions against the parties or counsel, including dismissal of claims or defenses without further notice.

DATED this 2nd day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE