Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Ave. Ste. 250
Las Vegas, NV 89103
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
*JENNAFER AYCOCK*

## UNITED STATES DISTRICT COURT

## DISTRCIT OF NEVADA

| | |
|---|---|
| **JENNAFER AYCOCK,** | **Case No.: 2:23-cv-00293-APG-VCF** |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL OF DEFENDANT CITIBANK, N.A.** |
| **CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,** | |
| Defendants. | |

///

///

///

- 1 -
STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff JENNAFER AYCOCK ("Plaintiff") and Defendant CITIBANK, N.A. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 26th day of April 2024.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6787 W. Tropicana Ave. Ste. 250
Las Vegas, NV 89103
*Attorneys for Plaintiff*

**BALLARD SPAHR LLP**

By: */s/ Joel Tasca*
Joel E. Tasca, Esq.
Nevada Bar No. 14124
David E. Chavez, Esq.
Nevada Bar No. 15192
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Attorney for Defendant Citibank, N.A.*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: April 29, 2024